UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN HOWARD ELLIOTT,<br><br>              Petitioner,<br><br> v.<br><br>ELDON VAIL and WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>              Respondents. | NO. C11-5377 BHS/KLS<br><br>ORDER FOR EXTENSION OF TIME TO FILE RESPONSE |

Before the Court is Petitioner's motion for an extension of time to file a reply to the Respondents' response. ECF No. 17. Respondents filed an answer to the petition for writ of habeas corpus on September 13, 2011 (ECF No. 15) and the Clerk noted the habeas ready for consideration on October 7, 2011.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion (ECF No. 17) is **GRANTED**; Petitioner shall file his response **on or before November 21, 2011.**

(2) Respondents may file a reply **on or before November 25, 2011.**

(3) The Clerk shall re-note the habeas petition on the Court's calendar for **November 25, 2011**, and shall send copies of this Order to Petitioner and to counsel for Respondent.

**DATED** this 17th day of October, 2011.

                                                      Karen L. Strombom
                                                      United States Magistrate Judge