UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN HOWARD ELLIOTT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ELDON VAIL and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Respondents. | NO. C11-5377 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY |

　　　Before the Court is Respondent's Motion for Extension of Time to File a Reply to Petitioner's Response. ECF No. 29. On November 29, 2011, the Court ordered that Petitioner's response was due on February 6, 2012 and Respondent's reply was due on February 10, 2012. ECF No. 25. Respondent received Petitioner's response on February 8, 2012. The response is 86 pages long. Respondent requests an extension until February 17, 2012 to file his reply. ECF No. 29. Respondent filed his reply on February 14, 2012. ECF No. 30.

　　　It is **ORDERED** that Respondent's motion for extension (ECF No. 29) is **GRANTED.** The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

　　　**DATED** this  6th   day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1