1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   BRIAN HOWARD ELLIOTT,

9                                    Petitioner,        No. C11-5377 BHS/KLS

            v.

10                                                      ORDER FOR ADDITIONAL BRIEFING

11   ELDON VAIL and WASHINGTON STATE
     DEPARTMENT OF CORRECTIONS,

12
                                    Respondents.

13

14          This case was re-referred to United States Magistrate Karen L. Strombom.  ECF No. 44.

15   Pursuant to the District Court's Order, claim two, the first part of claim five (the trial court failed

16   to properly consider the reliability and validity of the MGQT polygraph), and claim nine of the

17   habeas petition shall be considered on the merits.  Accordingly, the parties shall submit briefing

18   on these issues only.

19          Accordingly, it is **ORDERED** as follows:

20          1.      Respondent shall file and serve his brief on the claims listed above **on or before**

21   **September 17, 2012.**

22          2.      Upon receipt of Respondents' brief, the Clerk will note the matter for

23
     consideration on the fourth Friday after the brief is filed.   Petitioner may file and serve a

24
     response to Respondents' brief not later than on the Monday immediately preceding the Friday

25

26

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 1

1    appointed for consideration of the matter, and Respondents may file and serve a reply brief not

2    later than the Friday designated for consideration of the matter.

3

4            **DATED** this  3rd  day of August, 2012.

5

6

7                                                Karen L. Strombom
                                                 United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DIRECTING ADDITIONAL BRIEFING § 2254 PETITION - 2