UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN HOWARD ELLIOTT,<br><br>               Petitioner,<br><br>   v.<br><br>ELDON VAIL and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>               Respondents. | NO. C11-5377-BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR CLARIFICATION |

The Court, having considered the Respondent's motion for clarification of this Court's August 3, 2012 Order, Respondent's Supplemental Response and Supplemental Records previously submitted, and the records and files herein, does hereby find and **ORDER**:

1. Respondent's motion for clarification (ECF No. 46) is **GRANTED**. Respondent's supplemental brief addressing the three habeas claims submitted in April of 2012 is sufficient to satisfy the Court's August 3, 2012 Order directing the supplemental briefing.

2. The clerk shall note this matter for consideration four Fridays from the date this order is filed and shall send copies of this Order to the Petitioner and counsel for the Respondent.

**DATED** this 29th day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1