```
 1
 2
 3
 4
 5                          UNITED STATES DISTRICT COURT
 6                         WESTERN DISTRICT OF WASHINGTON
                                      AT TACOMA
 7
 8   BRIAN HOWARD ELLIOT,
 9                        Petitioner,              CASE NO. C11-5377 BHS

10          v.                                     ORDER DENYING
                                                   PETITIONER'S MOTION
11   ELDON VAIL and WASHINGTON
     DEPARTMENT OF CORRECTIONS,
12
                          Respondents.
13
```

14    This matter comes before the Court on Petitioner Brian Howard Elliot's ("Elliot")

15 motion to alter or amend judgment and to make additional findings of fact (Dkt. 56).

16    On August 2, 2012 and May 15, 2013, the Court denied Elliot's grounds for relief

17 in his petition for writ of habeas corpus. Dkts. 44 & 54. On May 28, 2013, Elliot filed

18 the instant motion requesting that the Court "conduct a *de novo* review" of the issues in

19 this case. Elliot, however, provides no authority for such a proposition. Two judges have

20 thoroughly reviewed Elliot's petition and there is no need to re-review the petition at this

21 stage of the proceeding. Elliot may pursue his petition on appeal. Therefore, the Court

22

ORDER - 1

1 **DENIES** the motion.  If Elliot should appeal this order, the Court also denies Elliot a

2 certificate of probable cause.  *See Lynch v. Blodgett*, 999 F.2d 401, 403 (9th Cir. 1993).

3       Dated this 19th day of June, 2013.

                                       BENJAMIN H. SETTLE
                                       United States District Judge